# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-00054-DDD-STV

KIMBERLY CORDOVA,

*Plaintiff*,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

*Defendant*.

## STIPULATION OF DISMISSAL

_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kimberly Cordova and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that the above-styled action shall be dismissed with prejudice. Each party shall bear her or its own costs, attorneys' fees, and expenses of litigation.

Dated this 19th day of April, 2024,

| | |
|---|---|
| *s/MarySusan Kern* | *s/ Cristin J. Mack* |
| MarySusan Kern | *Cristin J. Mack* |
| Shawn E. McDermott | *OGLETREE, DEAKINS, NASH,* |
| MCDERMOTT LAW, LLC | *SMOAK* |
| 4600 S. Ulster St., Suite 800 | *& STEWART, P.C.* |
| Denver, CO 80237 | *7700 Bonhomme Avenue, Suite 650* |
| marysue@mcdermottlaw.net | *St. Louis, Missouri 63105* |
| shawn@mcdermottlaw.net | *cristin.mack@ogletree.com* |
| *Attorneys For Plaintiff Cordova* | *Attorneys For Defendant Lincoln* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the NextGen system which will send notification of such filing to the following email addresses:

Byrne J. Decker
*OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C*
Two Monument Square, Suite 703
Portland, ME 04101
byrne.decker@ogletree.com

Cristin J. Mack
*OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C*
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Cristin.mack@ogletree.com

I hereby certify that I have emailed or served the foregoing document or paper to the following non-NextGen participants in the manner (email, hand-delivery, etc.) indicated by the non-participant's name:

Plaintiff – Via Email
Kimberly Cordova
211 Valley Ave
Lochbuie, CO 80603
cordok27@yahoo.com

*s/Lisa J. Kantor*
Lisa J. Kantor
MCDERMOTT LAW, LLC
4600 S. Ulster Street, Suite 800
Denver, CO 80237
Phone: (303) 964-1800
Fax: (303) 964-1900
Email: lisa@mcdermottlaw.net

2